UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  Christopher Hall
        Shada Hall,
                Debtor(s).

CASE NO.: 3:14-bk-03250-JAF

**PROOF OF SERVICE**

I DO HEREBY CERTIFY that a copy of the Order dated August 10, 2015, Granting Motion to Reopen case (Docket No.: 24) was furnished to Gregory Crews, Chapter 7 Trustee, by CM/ECF electronic filing, and to all creditors and interested parties as per the attached Matrix, by either CM/ECF electronic filing and/or U.S. Mail, postage pre-paid, this __11__ day of September, 2015.

Respectfully submitted,

**MAX STORY, ESQUIRE, P.A.**

/s/Max Story, Esquire
Florida Bar No.: 527238
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL  32250
Telephone (904) 372-4109
max@storylawgroup.com
Attorney for Debtors

[3621] [Order Granting Motion to Reopen Case]

ORDERED.

Dated: August 10, 2015

*[Signature]*
Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                      Case No. 3:14−bk−03250−JAF
                                            Chapter 7
Christopher Hall

Shada Hall

_____Debtor*_____/

### ORDER GRANTING MOTION TO REOPEN CASE

THIS CASE is before the Court upon the motion of the debtor(s) to reopen this closed Chapter 7 case. The motion requested this relief to amend Schedule B to disclose a potential asset . It is

ORDERED:

1. The motion is granted to the limited extent stated and the case is Reopened.

2. If the debtor(s) fails to file the appropriate pleadings within thirty days, the Court will close the case without further notice.

Movant's Attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

Christopher Hall
9583 Woodstone Mill Drive
Jacksonville, FL 32244

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130

Dept Of Education/neln
121 S 13th St
Lincoln, NE 68508

Shada Hall
9583 Woodstone Mill Drive
Jacksonville, FL 32244

Cardiovascular Consultants
3501B N. Ponce Deleon
PMB 392
Saint Augustine, FL 32084

Dept Of Education/neln
121 S 13th St
Lincoln, NE 68508

Max Story, Esq.
Collins & Story, PA
233 E. Bay Street
Suite 920
Jacksonville, FL 32202

Chrysler Capital
Po Box 961275
Fort Worth, TX 76161

Dept Of Education/neln
121 S 13th St
Lincoln, NE 68508

Ally Financial
P O Box 380901
Bloomington, MN 55438

Clay Electric Cooperative
P.O. Box 308
Keystone Heights, FL 32656

Dept Of Education/neln
121 S 13th St
Lincoln, NE 68508

AT&T U-Verse
P.O. Box 5014
Carol Stream, IL 60197

Credit Collections/Comcast
P.O. Box 55126
Boston, MA 02205

Disney Vacation Development
200 Celebration Place
Kissimmee, FL 34747

Baptist Primary Care
11261 San Jose Blvd.
Jacksonville, FL 32223

Credit One Bank
Po Box 98873
Las Vegas, NV 89193

Emilio Cirello
354 Pinewood Road
Ormond Beach, FL 32174

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130

Credit One Bank
Po Box 98873
Las Vegas, NV 89193

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130

Dept Of Education/neln
121 S 13th St
Lincoln, NE 68508

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130

Dept Of Education/neln
121 S 13th St
Lincoln, NE 68508

Flagler Hosptial
400 Health Park Blvd.
Saint Augustine, FL 32086

Florida Power & Light
P.O. Box 2842
Tampa, FL 33601

Ncc Business Svcs Inc
9428 Baymeadows Rd Suite
Jacksonville, FL 32256

Fms Investment Corp
1000 E Woodfield Rd Ste
Schaumburg, IL 60173

North Florida Medical Center
6500 Newberry Road
Gainesville, FL 32605

Internal Revenue Service
400 West Bay St.
Jacksonville, FL
32202

Putnam County Hospital
611 Zeagler Dr
Palatka, FL 32177

John Turner
2948 Garden Terrace N.E.
Palm Bay, FL 32905

Regional Acceptance Co
110 W Randill Mill Rd St
Arlington, TX 76011

Land Mark at Vista Grande
351 Crossing Blvd
Orange Park, FL 32073

Reliant Capital Solutions
750 Cross Pointe Road
Suite G
Columbus, OH 43230

Memorial Hospital
3625 University Blvd. S.
Jacksonville, FL 32216

Shands Jacksonville
PO Box 864012
Orlando, FL 32886

Merrick Bk
Attn: Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804

Us Dept Of Ed/glelsi
Po Box 7860
Madison, WI 53707

Millstone Apartments
573 Oakleaf Plantation
Parkway
Orange Park, FL 32065

Westgate Resorts
2801 Old Winter Garden Road
Ocoee, FL 34761

NCC Business Services
9428 Baymeadows Road
Suite 200
Jacksonville, FL 32256