[3604] [Order Closing Estate]

ORDERED.

**Dated: September 18, 2015**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 3:14–bk–03250–JAF<br>Chapter 7 |
| Christopher Hall | |
| Shada Hall | |
| _____Debtor*_____/ | |

### ORDER CLOSING ESTATE

THIS CASE was reopened pursuant to 11 U.S.C. §350 on August 10, 2015 , by Debtors to file an amended schedule B . No action having been taken , it is therefore,

**ORDERED:**

1. This estate is closed.

2. The trustee is discharged from and relieved of the trust, the bond of the trustee is canceled, and the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.