**[3621]** [Order Granting Motion to Reopen Case]

ORDERED.

**Dated:  May 02, 2016**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Christopher Hall

Shada Hall

_____ Debtor* _____/

Case No. 3:14–bk–03250–JAF
Chapter 7

ORDER GRANTING MOTION TO REOPEN CASE

THIS CASE is before the Court upon the motion of the debtor(s) to reopen this closed Chapter 7 case. The motion requested this relief to amend Schedule B to disclose a potential asset in the form of a claim . It is

ORDERED:

1. The motion is granted to the limited extent stated and the case is Reopened.

2. If the debtor(s) fails to file an appropriate pleading within thirty days, the Court will close the case without further notice.

Movant's Attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.